UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

JOHAN CRUZ-POLANCO,

                Defendant.

No. 21-CR-709 (JFK)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    Sentencing in this matter will take place before Judge Loretta A. Preska on Wednesday, May 18, 2022, at 11:00 a.m. in Courtroom 12-A.

**SO ORDERED.**

Dated:    May 13, 2022
           New York, New York

                              */s/ Loretta A. Preska*
                              LORETTA A. PRESKA
                              Senior United States District Judge