

**SPODEK LAW GROUP** P.C.
Treating you like family since 1976

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

May 16, 2022

**BY ECF:**

Judge John F. Keenan
US District Court
Southern District of New York
500 Pearl Street, Courtroom 20-C
New York, NY 10007

      RE:    United States v. Johan Cruz-Polanco
              Case No.: 1:21-cr-709-1 (JFK)
              Southern District of New York

Dear Judge Keenan:

Please be advised that I represent **Johan Cruz-Polanco** in the above-referenced action. We are currently scheduled for sentencing before Judge Loretta A. Preska on May 18, 2022 at 11:00 a.m.

Due to a personal conflict, I am respectfully requesting that Your Honor adjourn Mr. Cruz-Polanco's sentencing date. The Government does not object to my request.

AUSA Rebecca Dell and I are available on the afternoon of May 18, 2022, May 20, 2022, May 25, 2022, the morning of May 26, 2022, and all day May 27, 2022.

Thank you for your consideration.

Sincerely,
**Spodek Law Group P.C.**
/S/ Todd A. Spodek

TAS/az
cc:    All Counsel (By ECF).
       Johan Cruz-Polanco (By Email).

*[Handwritten: Sentencing is adjourned to May 25 at 2:00 pm.]*

**SO ORDERED**
/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
5/16/22

85 Broad Street, 30th Floor NY, NY 10004 | T: (212) 300-5196 | F: (212) 300-6371 | info@spodeklawgroup.com