USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-19-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
        U.S.A.

          -V-

     Cruz-Polanco

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

#21 CR 709 (JFK)

The sentencing in this case, set for May 25, 2022 at 2:00 p.m., will be handled by Judge Preska in Courtroom 12-A, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: New York, New York

5-19-22

JOHN F. KEENAN
United States District Judge