



**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

June 22, 2022

<u>BY ECF:</u>

Judge John F. Keenan
US District Court
Southern District of New York
500 Pearl Street, Courtroom 20-C
New York, NY 10007



    RE:  United States v. Johan Cruz-Polanco
        Case No.: 1:21-cr-709-1 (JFK)
        <u>First Request for a Modification of Release Conditions</u>

Dear Judge Keenan:

  Please be advised that I represent **Johan Cruz-Polanco** in the above-referenced action. Mr. Cruz-Polanco is scheduled to self-surrender on <u>July 25, 2022</u>. Mr. Polanco respectfully requests a temporary modification of his release conditions permitting travel to the Eastern District of Pennsylvania for the Fourth of July weekend celebration.

  Mr. Polanco will be staying at his sister-in-law's home in Allentown, PA from July 1st to July 4th. The exact address was provided to Pretrial Services and there is no objection to this request. The Government defers to Pretrial Services.

  Thank you for your consideration.        Sincerely,

                       **Spodek Law Group P.C.**

                       /S/ Todd A. Spodek

```
The Government and Pretrial Services having no objection, the
Defendant's request is GRANTED.  The Defendant may travel to
his sister-in-law's home in Allentown, Pennsylvania for the
July 4, 2022, holiday weekend.  The Defendant must comply with
all other conditions imposed by Pretrial Services and keep
Pretrial Services informed of his whereabouts at all times
during his travel.

SO ORDERED.

Dated: New York, New York
       June 23, 2022
                                        John F. Keenan
                                        United States District Judge
```